# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LILIAM COREY,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:12-cv-784-Orl-28GJK**

**STONE TILE DIRECT, LLC, MACG HOLDINGS, LLC, STONE TILE GROUP MANAGEMENT CO., LLC, CHRISTOPHER GUADAGNOLI, MIRZE MEHMET ADIYAMAN,**

        **Defendants.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of FLSA Portion of Settlement (Doc. No. 34) filed June 5, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the parties' Joint Notice of No Objection to Magistrate's Report and Recommendation (Doc. No. 40), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 26, 2013 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Portion of Settlement (Doc. No. 34) is **GRANTED** solely to the extent that the Court finds the consideration paid to Plaintiff is fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of July, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record