# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LILIAM COREY,**

        **Plaintiff,**

**-vs-**                                 **Case No. 6:12-cv-784-Orl-28GJK**

**STONE TILE DIRECT, LLC, MACG HOLDINGS, LLC, STONE TILE GROUP MANAGEMENT CO., LLC, CHRISTOPHER GUADAGNOLI, MIRZE MEHMET ADIYAMAN,**

        **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Court's Entry of Final Default Judgment Against Defendants (Doc. No. 42) filed August 16, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 5, 2013 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Court's Entry of Final Default Judgment Against Defendants (Doc. No. 42) is **DENIED** for lack of subject matter jurisdiction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of November, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record